IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DALE MAISANO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:15-cv-0264 ) |
| CORIZON HEALTH INC. *et al.*, | ) Judge Campbell ) |
| Defendants. | ) |

## ORDER

The plaintiff in this case claims imminent danger, but he does not provide any factual allegations to support the claim. In addition, the complaint was filed in an improper venue, is frivolous, and fails to comply with the Order and Restraining Order entered by Senior United States District Judge Stephen M. McNamee on August 11, 1992. *See Maisano v. Lewis*, CIV 92-1026-PHX-SMM (MS) (D. Ariz. Aug. 11, 1992) (Restraining Order). Pursuant to the Restraining Order, any "[f]ailure to comply strictly with [its] terms . . . will be sufficient ground to deny leave to file." *Id.* Because the plaintiff made no attempt with his current filing to comply with the Restraining Order, the present complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

An appeal of this order would not be in good faith, and the Court will not grant leave to appeal *in forma pauperis*.

It is so **ORDERED**.

This is the final judgment in this action, for purposes of Rule 58, Fed. R. Civ. P.

_____
TODD CAMPBELL
United States District Judge